UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Anne E. Thompson |
| v. : | No. 11-103 (AET) |
| NIKIA ALLEYNE : | ORDER FOR CONTINUANCE |

An indictment having been filed, and the defendant having been arraigned on August 31, 2011; and defendant NIKIA ALLEYNE; and defendant and his counsel, Robin Lord, Esq., being aware that a trial must be held within 70 days of the filing of the defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no previous continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this ___6th___ day of ~~May~~ June, 2012

ORDERED that from the date this Order is entered, to and including September 4, 2012, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. IT IS THE FINDING OF THIS COURT that this action should be continued to because plea negotiations are currently in

progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the trial is scheduled for September 4, 2012; and

IT IS FURTHER ORDERED that the period from the date this order is entered through September 4, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HONORABLE ANNE E. THOMPSON
United States District Judge

Form and entry
consented to:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
Robin Lord, Esq.
Counsel for defendant Nikia Alleyne